UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES ROSE, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | Case No. 1:13-cv-02051-WTL-TAB |
| UNITED STATES of AMERICA, | ) ) ) ) | |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

The motion for relief pursuant to 28 U.S.C. § 2255 docketed as No. 1:13-cv-2051-WTL-TAB is **denied.**

Date: 9/4/15

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

JAMES ROSE
09771-028
ELKTON - FCI
ELKTON FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 10
LISBON, OH 44432

All electronically registered counsel